AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Christopher Sean Francis *acting on behalf of infant child, K.K.S.F.* <br> *Petitioner* <br> v. <br> Shellon Roberta Culley <br> *Respondent* | ) ) ) ) ) ) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 23 2021 ★
BROOKLYN OFFICE

Civil Action No. 1:20-cv-03326-PKC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the petitioner recovers nothing, the action be dismissed on the merits.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge   Pamela K. Chen   without a jury and the above decision was reached.

☑ decided by Judge   Pamela K. Chen   and the Court finds that Respondent has proven by a preponderance of the evidence that K.K. is well-settled in New York, and by clear and convincing evidence that K.K. would face a grave risk of harm, which no ameliorative measure could mitigate, if she were returned to Trinidad and Tobago pending a custody determination. The Verified Petition is denied.

Date: March 23, 2021

CLERK OF COURT

*signature*

*Signature of Clerk or Deputy Clerk*