UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CHRISTOPHER SEAN FRANCIS, acting on
behalf of infant child, K.K.S.F.,

                Petitioner,                     **MEMORANDUM & ORDER**
                                                                     20-CV-3326 (PKC) (SJB)

      - against -

SHELLON ROBERTA CULLEY,

                Respondent.
---------------------------------------------------------x
PAMELA K. CHEN, United States District Judge:

       On February 5, 2021, this Court denied Christopher Francis's petition for the return of his child to Trinidad and Tobago pursuant to the Hague Convention's Civil Aspects of International Child Abduction, as implemented by the International Child Abduction Remedies Act, 42 U.S.C. §§ 9001 *et seq.* (Dkt. 133.) Petitioner's motion for reconsideration was denied on July 20, 2021. (Dkt. 177.)

       Petitioner now moves for permission to appeal *in forma pauperis*. (Dkt. 189.) The Court notes that Petitioner still appears to be represented by pro bono counsel. (*Id.*) Nevertheless, based on a review of Petitioner's affidavit in support of his motion (Dkt. 189-1), the Court finds that Petitioner qualifies for *in forma pauperis* status. Accordingly, Petitioner's motion to appeal *in forma pauperis* is GRANTED.

                                                              SO ORDERED.

                                                               */s/ Pamela K. Chen*
                                                               Pamela K. Chen
                                                               United States District Judge

Dated: October 19, 2021
       Brooklyn, New York